

FILED

MAR 1 1 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SHERMAN DISTRICT OF EASTERN TEXAS

Civil Action No_____ 4:22cv197-ALM-CAN


RESIDENTS OF WILDRIDGE

Plaintiffs,


v.


LITTLE ELM POST OFFICE

Defendants,


## A.    PARTIES

RESIDENTS OF WILDRIDGE
9729 EXCURSION DRIVE
OAK POINT, TX 75068

LITTLE ELM POST OFFICE
1012 WEST ELDORADO PARKWAY
LITTLE ELM, TX 75068

_____

## CLASS ACTION LAWSUIT

_____


"the wooden-post-mailbox national security project"

**B.      IN BRIEF**

Plaintiff claims above named parties violated the constitutional rights, civil rights, human rights, and pre-constitutional rights of RESIDENTS OF WILDRIDGE. Further that the violations include all of the Americans residing on American soil. Plaintiff claims they experienced domestic violence which included: emotional abuse, mental abuse, financial abuse, sexual abuse, and physical abuse as a result of the actions of all of the defendants. Plaintiff claims every individual single-family home, town-home, and land parcel in USA have a pre-constitutional right, constitutional right, human right, and civil right to a wooden-post-mailbox as residence or land parcel whether occupied or not posesses people and will posess people in the future whether homeless or through traditional occupation.

**C.      JURISDICTION**

Plaintiff claims the right to a wooden post mailbox on property of an individual dwelling and on a land parcel is pre-constitutional and constitutional in nature. The pre-constitutional nature was established since man and rifle tamed North America. The right to an individual wooden post mailbox on North American frontier is found in pre-constitutional documents, railroad industry, early law, early land ownership rights, and more. In fact the Postal Service of north America even pre-dates the constitution. The right to receive mail, let alone privileged legal mail secured party communications, predates the constitution. The entire American court system is based on the fundamental right to exchange legal mail and legal documents via first class mail and parcel package post. This pre-constitutional right is so fundamentally integral in the modern industrialization of the united states and Europe, that an organized society cannot take place without this basic infrastructure and communication medium. The importance of the united states mail system can be seen by the severity of tampering with the united states mail system. Federal laws which are serious and rapidly progress in levels of severity into other agencies. The entire practice of law is dependent, even still today, on the functioning of the united states mail system.

Plaintiff continues that these pre-constitutional establishments are baked into the very nature of the constitution, and that the constitution itself sets a foundation that the wooden post mailbox is a constitutional right. *Reference US Constitutional Bill of Rights: 1: Freedom of press* (print mail) , freedom to petition *2. well regulated militia (military use) 3. No quartering of soldiers* (requires military have a working mail system) *4. Freedom from unreasonable searches and seizures* (sensitive documents transport through mail and legal mail system these documents need to be able to be safely carried on persons) *5. Right to due process of law* (foundation of law is based in part on mail system and in communication, heavily reliant) *6. Rights of accused persons* (criminal law process requires access to legal mail) *7. Right to trial by jury in civil cases.* (entire civil process is heavily based on a functioning mail system) *8. Freedom from cruel and ununsual punishment* (usually requires use of mail system to send a petition) *9. Other rights of the people* (various rights rely on a frontiersman need, which is also a modern persons need for a functioning mail system to enforce and allow exercising of basic human rights) *10 Powers reserved to the states* (execution and function of a state requires functioning communication, and this is established pre-constitutional and into early civilization).

2

Plaintiff furthers that the right to an actual wooden post mailbox on the property of each single-family home, town-home, and on each land parcel is essential the functioning of a civilization, and that without that, civilization destruction can and will incur. In fact if a world war or world depression were to take place, shared mailbox spaces would incur severe disruption to the point of being unusable or nearly unusable. Internet communications and technology related malfunctions would cause an absolute reliance on this collective constitutional right of the people to have access to a mail system. This would include mail sending and receiving that is foolproof and always works without hardship and complication. It is baked into the American dream from its early homestead days and homestead laws. Where man can stay on his homestead and still communicate with the world at large. This is both a societal need and a military need.

The lack of wooden-post-mailboxes is a major national security issue. During World War 2 everyone had wooden-post-mailboxes. If it was not for a great network of spies and a string of lots of good luck(very rare), we would all be speaking German today. The USA lost in the Vietnam War and Afghanistan War. These countries were full of poor peasants. If you talk to any Vietnam veterans they will tell you the Vietnamese fought masterful psychologically crippling forms of war. War should not be viewed as a way to occupy other countries, but as a way to defend the homeland from foreign occupation (thus peace and happiness).

The entire American mail system can be rapidly crippled during World War 3 by foreign powers paying bicycle thieves to use bicycle theft tools to steal cluster mailboxes and place them into the back of a bicycle theft vans. This lack of wooden-post-mailboxes is a national security nightmare. During World War 3, our soceity will be quickly reverted back to basic methods and human survival type-issues. Significant parts of the internet will still be working, but where are you going to tap in and will your laptop actually be charged if your house has no electricity. Printers only work at home and require electricity. Barely anyone will go anywhere as gasoline will be rationed. The cellphone towers may be unpowered and off. Our whole soceity will revert 100 years in time rather quickly. Our wooden-post-mailboxes thus are one of our few reliable tools we have to function as a society. America, our homeland is in danger without wooden-post-mailboxes.

Furthermore, when World War 3 happens, houses should be able to receive digital mail at a residence as well as physical paper mail. This military redundancy allows for mail to almost always be received, we can call this "emailing a house". This is not scanning-and-uploading of paper mail for digital viewing of paper mail remotely online. This is a second delivery method to every wooden-post-mailbox. This can be achieved by assigning a 3814859185934@usps.gov type-email address that gets mailed to the home as multiple laminated with login credentials for all residents. This number email address can be changed every 6 months to avoid spam. Each house AKA residence will have a USPS webpage with the digital delivery information to "email that house". Street view of each house will show street view. QR code placed on wooden-post-mailbox by USPS will link to each houses digital delivery information.

This second digital to wooden-post-mailbox delivery option creates new revenue stream for the United States Postal Service when planned an executed properly by outside consultants. This also allows agencies to send bills or general mail both on physical paper and digitally. The military also needs to create seperate projects to add functionality on top of the basic USPS digital delivery system. Both the

3

physical paper and digital delivery methods are both national security issues that require resolution. Lots of things are going to go wrong when World War 3 happens with our current defunct physical-to-house mail system and non-existant digital-to-house mail system. The future legal arguments will be layed out by actual lawyers.

Our American infrastructive is insuffienct for us as people to survive through World War 3, let alone to actually win a war. A war is fought by the people, not the military. The military is an agent of warfare, and it will fall apart as soon as the people running it become dysfunctional during actual war. That is even to assume the military is competent enough to win a war, which I am also claiming it is not. The military can barely figure out how to email each other, what department does what, and who commands what. The US military is a dysfunctional unorganized mess and it spends excessive money on classifieds projects that are teenage boy gadgets. None of that matters when people have no heat in their homes, cannot communicate, no clean water, and have no gasoline in their cars, etc. COVID19 already demonstrated that our country is a disorganized mess, lacks infrastructure, and that we are unprepared and thus unsafe without us even being at war. When World 3 breaks out, we Americans are all in danger.

Filing party also claims jurisdiction under anything that can or is already deemed Zackari Parrish related as they are a Parrish victim and Parrish victims don't receive mail. The United States Post Office named a Colorado location after him, and thus further involved rights of filing plaintiff as multiple Parrish victims were never consulted or contacted. The jurisdictional nature of this class-action-lawsuit is based on the constitutional rights, civil rights, human rights, and pre-constitional rights of every person residing on American soil. The rights of persons on American soil is the jurisdictional nature that actually matters here, as this issue involves everyone.

## C.    CLAIM ONE

Plaintiffs RESIDENTS OF WILDRIDGE claim LITTLE ELM POST OFFICE violated the constitutional rights, civil rights, human rights, and pre-constitional rights of every person residing on American soil. Plaintiffs request relief of $83.465B US dollars placed into lawyer-controlled trust for resolution of grievances of plaintiff representing all residing on American soil.

## A2.    ADDITIONAL CLAIMS

Plaintiff parties will make additional claims at later dates. Life endangerment, threat, domestic violence, time, entrapment or other reasons limit what can be filed on an initial filing. Plaintiff reserves various rights, and claims exemption from supposed legal requirements, as they cannot actually be met.

## B2.    ADDITIONAL REQUESTS FOR RELIEF

4

Plaintiff parties will make additional requests for relief at later dates as the additional claims should traditional requirement should be met first.

## C2.    PLAINTIFF'S SIGNATURE

Filing Firm:

LAKE LEWISVILLE LAW FIRM
TASH JERNAZIAN
Domiciled-strawman "lawyer"
BAR# (pending)
9729 EXCURSION DRIVE
OAK POINT, TX 75068

Filing firm envelope mailing address:

LAKE LEWISVILLE LAW FIRM
9729 EXCURSION DRIVE
OAK POINT, TX 75068



_____
  (Plaintiff signature)

LEGAL NOTICE: This signature is not a of a real person, but a strawman "lawyer". This identity was stolen by domestic abusers after lawsuits were filed with plans of legal name use to fleeing state from domestic violence and human trafficking. Thus Tash Jernazian was legally entrapped into "strawman-status" by United States Postal Service because of stolen legal mail into becaming nothing but what it already was, a lawsuit filer, and not a real person yet. This "entrapped-strawman" was forced to become a "lawyer" as controlling party has been falsely accused to filing lawsuits to harass.

___March 4, 2022_____
  (Date)

(786) 682-0893

tashjernazian@gmail.com