# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TASH JERNAZIAN, ET AL. | § | |
| | § | Civil Action No. 4:22-CV-197 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| LITTLE ELM POST OFFICE | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 22, 2023, the report of the Magistrate Judge (Dkt. #5) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Tash Jernazian's complaint against Defendant Little Elm Post Office be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Tash Jernazian's complaint against Defendant Little Elm Post Office is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

 **SIGNED this 21st day of March, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE